151 F.3d 1026
 John Pergosky, Mildred Pergosky
v.
A. Martin Herring, Law Firm of Herring & Herring, Sidney L.
Gold, Law Fim of Lovitz and Gold, Michael J. Ossip, Law Firm
of Morgan, Lewis & Bockius, Life Insurance Company of North
America, D. Richard Powell, Jr., Pennsylvania Power & Light Company
 NO. 97-1364
 United States Court of Appeals,
Third Circuit.
 April 24, 1998
 
 Appeal From: E.D.Pa. ,No.97cv00047 ,
 VanAntwerpen, J.
 
 
 1
 Affirmed.